| NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S) OR OF PARTY APPEARING IN PRO PER |
|---|
| André E. Jardini, Esq. |
| aej@kpclegal.com |
| KNAPP, PETERSEN & CLARKE |
| 550 North Brand Boulevard, Suite 1500 |
| Glendale, CA 91203 |
| Tel: (818) 547-5000 |
| Fax: (818) 547-5329 |
| ATTORNEY(S) FOR: Plaintiff Asfike Kolloukian/others similarly situated |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| ASFIKE KOLLOUKIAN | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV 15-02856 PSG (JEMx) |
| v. | |
| UBER TECHNOLOGIES, INC. | **CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |
| Defendant(s) | **(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiff, ASFIKE KOLLOUKIAN, an individual, on behalf of herself and those similarly situated
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| ASFIKE KOLLOUKIAN | Plaintiff |
| UBER TECHNOLOGIES, INC. | Defendant |


April 17, 2015                               /s/ Andre E. Jaridni
Date                                          Signature
                                              ANDRE E JARDINI

Attorney of record for (or name of party appearing in pro per):
Attorneys for Plaintiff ASFIKE KOLLOUKIAN, an individual on behalf of herself and those similarly situated

CV-30 (05/13)               **NOTICE OF INTERESTED PARTIES**


American LegalNet, Inc.
www.FormsWorkFlow.com