NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Andre E. Jardini, Esq.
KNAPP, PETERSEN & CLARKE
550 North Brand Boulevard, Suite 1500
Glendale, CA 91203
Tel: (818) 547-5000
Attorneys for Plaintiff ASFIKE KOLLOUKIAN

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASFIKE KOLLOUKIAN | CASE NUMBER |
| PLAINTIFF(S), | CV 1502856 PSG (JEMx) |
| v. | |
| UBER TECHNOLOGIES, INC. | **PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE** |
| DEFENDANT(S). | |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles _____, State of California, and not a party to the above-entitled cause. On _April   22_____, 20_15_, I served a true copy of SEE ATTACHED LIST _____ by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(B); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: _____

Executed on _____, 20__ at _____, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

☐ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☒ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_____
*Signature of Person Making Service*
John Abramyan

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

_____          _____
*Signature*                              *Party Served*

RE:     *Asfike Kolloukian v. Uber Technologies, Inc., et al.*
        United States District Court Case No.:  15-02856 PSG (JEMx)

**ATTACHMENT TO PROOF OF SERVICE**

On April 24, 2015, at 10:31 a.m., Jared Iverson, Agent for Service of Process of National Registered Agents, Inc., on behalf of defendant Uber Technologies, Inc., was served with the following documents:

1.     Summons in a Civil Action.

2.     Complaint for Violation of the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq., Invasion of Privacy.

3.     Civil Cover Sheet.

4.     Certification and Notice of Interested Parties.

5.     Notice of Assignment to United States Judges

6.     Notice to Parties of Court-Directed ADR Program.

7.     Standing Order Regarding Newly Assigned Cases.

////

////

////