1  Jennifer Ghaussy, Bar No. 261416
   jeng@uber.com
2  Uber Technologies, Inc.
   1455 Market Street, 4th Floor
3  San Francisco, CA 94103
   Telephone: (415) 746-9805
4
   Attorney for Defendant
5  UBER TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASFIKE KOLLOUKIAN, on behalf of herself and those similarly situated,<br><br>    *Plaintiffs*,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>    *Defendant*. | Case No. 2:15-cv-02856<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS [L.R. 8-3]**<br><br>Complaint Served: April 23, 2015<br>Current Response Date: May 14, 2015<br>New Response Date: June 12, 2015 |

Plaintiff Asfike Kolloukian ("Plaintiff") and Defendant Uber Technologies, Inc. ("Defendant"), by and through their undersigned counsel, and pursuant to L.R. 8-3, hereby stipulate and agree to continue Defendants' responsive pleading deadline by twenty-nine (29) days, through and including June 12, 2015. In support, the Parties state as follows:

WHEREAS, Plaintiff filed her putative class action Complaint against Defendant on April 17, 2015 and served Defendant with the Complaint on April 23, 2015;

WHEREAS, Civil Local Rule 8-3 provides that if a stipulation extending the time to respond to the initial complaint, together with any prior stipulations, does not extend the time for more than a cumulative total of thirty days from the date the response initially would have been due, the stipulation need not be approved by the judge;

WHEREAS, there have been no prior stipulations and the Parties' proposed extension of Defendant's responsive pleading deadline will not extend the time for more than a cumulative total of thirty days from the date the response initially would have been due;

NOW THEREFORE, the Parties hereby STIPULATE and AGREE that Defendant's deadline to answer or otherwise respond to Plaintiffs' Complaint is extended through and including June 12, 2015.

IT IS SO STIPULATED.

Dated: May 13, 2015

UBER TECHNOLOGIES, INC.

By: _____
Jennifer Ghaussy
Attorney for Defendant

Dated: May 13, 2015

KNAPP, PETERSEN & CLARKE

By: _____
K.L. Myles
Attorneys for Plaintiffs