**PERKINS COIE LLP**
James G. Snell (Bar No. 173070)
jsnell@perkinscoie.com
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: 650.838.4300
Facsimile: 650.838.4350

Attorneys for Defendant
Uber Technologies, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASFIKE KOLLOUKIAN, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. CV 15-2856-PSG-JEM<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint Served: April 23, 2015<br>Current Response Date: June 12, 2015<br>New Response Date: July 10, 2015 |

Plaintiff Asfike Kolloukian ("Plaintiff") and Defendant Uber Technologies, Inc. ("Defendant"), by and through their undersigned counsel, hereby stipulate and agree to continue Defendants' responsive pleading deadline by twenty-eight (28) days, through and including July 10, 2015. In support, the Parties state as follows:

WHEREAS, Plaintiff filed her putative class action Complaint against Defendant on April 17, 2015, and served Defendant with the Complaint on April 23, 2015;

WHEREAS, the parties filed a Stipulation to Extend Defendant's Time to Respond to the Initial Complaint by not more than 30 days, and Defendant's response is presently due on or before June 12, 2015 [Doc. No. 11];

WHEREAS, Defendant recently retained counsel on this matter and an extension is necessary to allow Defendant's counsel to investigate the allegations in the Complaint;

WHEREAS, there is good cause for an extension of time to respond to the Complaint for the additional reason that the parties have been engaged in discussions about the claims and stipulate to additional time;

WHEREAS, this extension is not being sought for any improper purpose and will not interfere with the Court's schedule in this matter;

NOW THEREFORE, the Parties hereby STIPULATE to extend Defendant's deadline to answer or otherwise respond to Plaintiff's Complaint through and including July 10, 2015.

IT IS SO STIPULATED.

DATED: June 5, 2015     **PERKINS COIE LLP**

By: /s/ *James Snell*
JAMES G. SNELL

Attorneys for Defendant
Uber Technologies, Inc.

DATED: June 8, 2015     **KNAPP, PETERSEN & CLARKE**

By: /s/ André E. Jardini
André E. Jardini

Attorneys for Plaintiff

-2-

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT
Case No. CV 15-2856