James G. Snell (Bar No. 173070)
jsnell@perkincoie.com
3150 Porter Drive
Palo Alto, California 94304-1212
Telephone: 650-838.4300

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASFIKE KOLLOUKIAN, on behalf of herself and those similarly situated,<br><br>PLAINTIFF(S)<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>CV 15-2856-PSG-JEM<br><br>**NOTICE OF MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☑ Filed ☐ Lodged: **(List Documents)**

DEFENDANT'S REDACTION REFERENCE LIST PURSUANT TO FED. R. CIV. P. 5.2(g)

**Reason:**
☐ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☑ Other:
Pursuant to Local Rule 5.2-1

7/10/2015
Date

JAMES G. SNELL
Attorney Name
DEFENDANT
Party Represented

*Note:* File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)      **NOTICE OF MANUAL FILING OR LODGING**