| | |
|---|---|
| 1 | James G. Snell, Bar No. 173070 |
| 2 | JSnell@perkinscoie.com<br>PERKINS COIE LLP |
| 3 | 3150 Porter Drive<br>Palo Alto, CA  94304-1212 |
| 4 | Telephone:  650.838.4300<br>Facsimile:  650.838.4350 |
| 5 | Nicola C. Menaldo, *pro hac vice pending* |
| 6 | nmenaldo@perkinscoie.com<br>PERKINS COIE LLP |
| 7 | 1201 Third Avenue, Suite 4900<br>Seattle, WA  98101-3099 |
| 8 | Telephone: (206) 359-8000<br>Facsimile:  (206) 359-9000 |
| 9 | Attorneys for Defendant<br>Uber Technologies, Inc. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASFIKE KOLLOUKIAN, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. CV 15-2856-PSG-JEM<br><br>CORPORATE DISCLOSURE STATEMENT OF DEFENDANT UBER TECHNOLOGIES, INC. |

Defendant Uber Technologies, Inc. submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned certifies that Uber Technologies, Inc. has no parent corporation, is not publicly held, and no publicly held corporation owns 10% or more of its stock. Pursuant to L.R. 7.1-1, the undersigned, counsel of record for Uber Technologies, Inc., further certifies that there are no other parties who have a pecuniary interest in

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT UBER TECHNOLOGIES, INC. (CV 15-2856-PSG-JEM)

112060-0013/LEGAL126787876.2

-1-

PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: 650.838.4300
Facsimile: 650.838.4350

the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

DATED: July 10, 2015

**PERKINS COIE LLP**

By: */s/ James Snell*
James G. Snell, Bar No. 173070
JSnell@perkinscoie.com

Attorneys for Defendant
Uber Technologies, Inc.

CORPORATE DISCLOSURE STATEMENT OF DEFENDANT UBER TECHNOLOGIES, INC. (CV 15-2856-PSG-JEM)

112060-0013/LEGAL126787876.2

-2-

PERKINS COIE LLP
3150 Porter Drive
Palo Alto, CA 94304
Telephone: 650.838.4300
Facsimile: 650.838.4350