# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  PSG

From: Chris Sawyer _____, Deputy Clerk     Date Received: 7/13/15

Case No.: CV15-2856-PSG JEMx _____     Case Title: Asfike Kolloukian V Uber

Document Entitled: Defendant file under seal.

---

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ Local Rule 5-4.1 | Documents must be filed electronically | |
| ☐ Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect | |
| ☐ Local Rule 7-19.1 | Notice to other parties of ex parte application lacking | **FILED** |
| ☐ Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies | CLERK, U.S. DISTRICT COURT |
| ☐ Local Rule 11-3.1 | Document not legible | JUL 2 0 2015 |
| ☐ Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address | |
| ☐ Local Rule 11-4.1 | No copy provided for judge | CENTRAL DISTRICT OF CALIFORNIA |
| ☐ Local Rule 11-6 | Memorandum/brief exceeds 25 pages | BY _____ DEPUTY |
| ☐ Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents | |
| ☐ Local Rule 15-1 | Proposed amended pleading not under separate cover | |
| ☐ Local Rule 16-7 | Pretrial conference order not signed by all counsel | |
| ☐ Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties | |
| ☐ Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking | |
| ☐ Local Rule 56-2 | Statement of genuine disputes of material fact lacking | |
| ☐ Local Rule 83-2.5 | No letters to the judge | |
| ☐ Fed. R. Civ. P. 5 | No proof of service attached to document(s) | |
| ☑ Other: | No application and propose order for the judge to file the documents under seal however, judicial determination is required. No order directing counsel to file u/s. | |

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐   The document is to be filed and processed.  The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk.  Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____               _____
Date                                                U.S. District Judge / U.S. Magistrate Judge

☑   The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to counsel.*  Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

7/20/15 _____               _____
Date                                                U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party.  See Local Rule 1-3.

COPY 1 -ORIGINAL-OFFICE     COPY 2 -JUDGE     COPY 3 -SIGNED & RETURNED TO FILER     COPY 4 -FILER RECEIPT

CV-104A (06/13)                    NOTICE OF DOCUMENT DISCREPANCIES