E-FILED 8/13/15

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

_____
                    Plaintiff(s)

v.

_____
                    Defendant(s).

CASE NUMBER

(~~PROPOSED~~) ORDER ON APPLICATION
OF NON-RESIDENT ATTORNEY TO APPEAR
IN A SPECIFIC CASE *PRO HAC VICE*

**The Court, having reviewed proof of payment of the applicable fee and accompanying Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

_____   of   _____
*Applicant's Name (Last Name, First Name & Middle Initial)*

_____   _____
*Telephone Number*      *Fax Number*

_____
*E-Mail Address*                                    *Firm Name & Address*

**for permission to appear and participate in this case on behalf of**

_____

_____
*Name(s) of Party(ies) Represented*    ☐ Plaintiff   ☐ Defendant   ☐ Other: _____

**and designating as Local Counsel**

_____   of   _____
*Designee's Name (Last Name, First Name & Middle Initial)*

_____   _____
*Designee's Cal. Bar Number*   *Telephone Number*

_____
*Fax Number*                                         *Firm Name & Address*

                                                    *E-Mail Address*

**hereby ORDERS the Application be:**

☒ **GRANTED.**
☐ **DENIED.** Fee shall be returned by the Clerk.
☐ **DENIED,** for failure to pay the required fee.

**Dated** 8/14/15

                                    **PHILIP S. GUTIERREZ**
                                    U.S. District Judge/U.S. Magistrate Judge