1  André E. Jardini, Bar No. 71335
   aej@kpclegal.com
2  K.L. Myles, Bar No. 243272
   klm@kpclegal.com
3  KNAPP, PETERSEN & CLARKE
   550 North Brand Boulevard, Suite 1500
4  Glendale, California 91203-1922
   Telephone:  (818) 547-5000
5  Facsimile:  (818) 547-5329

6  Attorneys for Plaintiff
   ASFIKE KOLLOUKIAN, an individual on behalf
7  of herself and those similarly situated

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 ASFIKE KOLLOUKIAN, on behalf of        )  NO.   CV 15-2856-PSG-JEM
   herself and those similarly situated,  )
12                                         )  Date:              December 21, 2015
                  Plaintiff,               )  Time:                    1:30 p.m.
13          v.                             )  Ctrm:                         880
                                           )
14 UBER TECHNOLOGIES, INC.,                )  Judge:    The Hon. Philip S. Gutierrez
                                           )  Trial Date:          August 30, 2016
15                Defendant.               )
                                           )  PLAINTIFF'S NON-OPPOSITION
16                                         )  TO DEFENDANT'S MOTION TO
                                           )  STAY PROCEEDINGS PENDING
17                                         )  APPEAL OF THE FCC'S OMNIBUS
                                           )  ORDER TO THE UNITED STATES
18                                         )  COURT OF APPEALS FOR THE
                                           )  DISTRICT OF COLUMBIA AND
19 _____)  *SPOKEO V. ROBINS*

20          Plaintiff, Asfike Kolloukian ("plaintiff") by and through her counsel of record,

21 Knapp, Petersen & Clarke, hereby responds to defendant Uber Technologies, Inc.'s,

22 Motion to Stay Proceedings Pending Appeal of the FCC's Omnibus Order to the

23 United States Court Of Appeals For The District Of Columbia and *Spokeo v. Robins*

24 scheduled for hearing on December 21, 2015.

25 ////

26 ////

27 ////

28 ////

KNAPP,
PETERSEN
& CLARKE

-1-

# I.

## STATEMENT OF NON-OPPOSITION TO MOTION TO STAY

Plaintiff does not oppose the Motion to Stay Proceedings.

Dated:  November 20, 2015                KNAPP, PETERSEN & CLARKE


By:  /s/ André E. Jardini
      André E. Jardini
      K.L. Myles
      Attorneys for Plaintiff
      ASFIKE KOLLOUKIAN, an
      individual on behalf of herself and
      those similarly situated

KNAPP,
PETERSEN
& CLARKE

-2-