Donald J. Kula (Bar No. 144342)
dkula@perkinscoie.com
PERKINS COIE LLP
1888 Century Park E #1700
Los Angeles, California 90067
Telephone: (310) 788-9900
Facsimile: (310) 788-3399

James G. Snell (Bar No. 173070)
jsnell@perkinscoie.com
Joshua A. Reiten (Bar No. 238985)
JReiten@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Debra R. Bernard, *pro hac vice*
dbernard@perkinscoie.com
PERKINS COIE LLP
1315 Dearborn Street Suite 1700
Chicago, IL 60603-5559
Telephone: (312) 324-8559
Facsimile: (312) 324-9559

Attorneys for Defendant
Uber Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASFIKE KOLLOUKIAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>　　　　　Defendant. | Case No. CV 15-2856-PSG-JEM<br><br>**DEFENDANT'S REPLY IN SUPPORT OF MOTION TO STAY PROCEEDINGS PENDING APPEAL OF THE FCC'S OMNIBUS ORDER TO THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA AND** *SPOKEO V. ROBINS*<br><br>Date:　　　　December 21, 2015<br>Time:　　　　1:30 p.m.<br>Courtroom: 880<br>Judge:　　　Hon. Philip S. Gutierrez |

Since Uber filed its Motion to Stay these proceedings, the justifications for a stay have only been amplified.

*First*, a number of additional courts have agreed—many after Uber filed its stay motion—that a stay is warranted during the pendency of the D.C. Circuit's review of the FCC's Omnibus Order and the Supreme Court's review of whether a plaintiff that suffers no concrete harm has standing in federal court *(Spokeo v. Robins)*. *See, e.g.*, *Gensel v. Performant Techs.*, No. 13-C-1196, 2015 WL 6158072 (E.D. Wisc. Oct. 20, 2015) (continuing stay of TCPA litigation pending resolution of the petitions appealing the Omnibus Order to the D.C. Circuit); *Eric B. Fromer Chiropractic, Inc. v. N.Y. Life Ins. & Annuity Corp.*, No. CV 15-04767-AB (JCX), 2015 WL 6579779 (C.D. Cal. Oct. 19, 2015) (staying putative TCPA class action pending outcome of *Spokeo* and another case pending before the Supreme Court); *Duchene v. Westlake Servs.*, LLC, No. 2:13-CV-01577, 2015 WL 5947669 (W.D. Pa. Oct. 13, 2015) (same); *Boise v. ACE USA, Inc.*, No. 15-CIV-21264, 2015 WL 4077433 (S.D. Fla. July 6, 2015) (same).

*Second*, by specifying that she does not oppose Uber's stay motion, Plaintiff has consented to a stay and has effectively admitted that she will not suffer prejudice from the stay. *See, e.g.*, *Love v. The Mail on Sunday*, No. CV057798ABCPJWX, 2006 WL 4046180, at *9 (C.D. Cal. Aug. 15, 2006) ("The Court deems Plaintiff's non-opposition as consent to granting the motion."). Accordingly, there is no reason to deny Uber's unopposed request for stay, where a stay will conserve the Court's and the parties' resources.

*Third*, subsequent developments in both appeals have made clear that the length of the requested stay will be modest. The initial brief in the consolidated D.C. Circuit appeal has already been filed and the briefing will be complete in February 2016, with a ruling expected soon thereafter. The *Spokeo* argument took

place before the United States Supreme Court on November 2, 2015, and a decision is expected in short order.

Uber therefore respectfully requests that the Court grant its unopposed motion to stay proceedings pending the D.C. Circuit's review of the Omnibus Order and the Supreme Court's review of *Spokeo v. Robins*. Given that Plaintiff does not oppose the motion, Uber submits herewith a revised proposed order for the Court's consideration.

DATED: December 2, 2015

**PERKINS COIE LLP**

By: /s/ *James Snell*

James G. Snell
Attorneys for Defendant
Uber Technologies, Inc.