| | |
|---|---|
| Donald J. Kula (Bar No. 144342)<br>dkula@perkinscoie.com<br>PERKINS COIE LLP<br>1888 Century Park E #1700<br>Los Angeles, California 90067<br>Telephone: (310) 788-9900<br>Facsimile: (310) 788-3399 | E-FILED 12/14/15<br>LINK #41 (12/21 HRG OFF)<br>JS-6 |

James G. Snell (Bar No. 173070)
jsnell@perkinscoie.com
Joshua A. Reiten (Bar No. 238985)
JReiten@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, California 94105
Telephone: (415) 344-7000
Facsimile: (415) 344-7050

Debra R. Bernard, *pro hac vice*
dbernard@perkinscoie.com
PERKINS COIE LLP
1315 Dearborn Street Suite 1700
Chicago, IL 60603-5559
Telephone: (312) 324-8559
Facsimile: (312) 324-9559

Attorneys for Defendant
Uber Technologies, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASFIKE KOLLOUKIAN, on behalf of herself and those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. CV 15-2856-PSG-JEM<br><br>[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO STAY PROCEEDINGS PENDING APPEAL OF THE FCC'S OMNIBUS ORDER TO THE UNITED STATES COURT OF APPEALS FOR THE DISTRICT OF COLUMBIA AND *SPOKEO V. ROBINS* |

Having fully considered all relevant documents, authorities, and evidence presented by Plaintiff Asfike Kolloukian and Defendant Uber Technologies, Inc., the Court concludes that staying this litigation pending a decision from the United

1  States Supreme Court in *Spokeo v. Robins*, 135 S. Ct. 1892 (2015), and from the
2  United States Court of Appeals for the District of Columbia in *ACA Int'l v. Fed.*
3  *Commc'ns Comm'n*, No. 15-1211 (D.C. Cir. filed July 10, 2015) (and consolidated
4  cases), is warranted by the facts and circumstances of this case and the issues raised
5  in the pending appeals.
6      Specifically, the Court finds that a stay will conserve the Court's and the
7  parties' resources by simplifying the issues in question, streamlining the resolution
8  of substantive issues, and reducing the burden on the parties and the Court. A stay
9  will not create any undue prejudice to Plaintiff and the modest delay caused by the
10 granted stay is reasonable in light of the implications the appellate decisions may
11 have on this litigation.
12     For these reasons, IT IS HEREBY ORDERED that:
13     1.    Defendant's Motion To Stay Proceedings is GRANTED.
14     2.    This action is stayed until the United States Court Of Appeals for the
15 District of Columbia issues a decision in *ACA Int'l v. Fed. Commc'ns Comm'n*, No.
16 15-1211 (D.C. Cir. filed July 10, 2015) (petition for review) (and consolidated
17 cases), and the United States Supreme Court issues a decision in *Spokeo v. Robins*,
18 135 S. Ct. 1892 (2015).

The case is administratively closed and may be reopened by application by any party.

19
20     IT IS SO ORDERED.
21
22 Dated:   12/14/15                      **PHILIP S. GUTIERREZ**
23                                             THE HONORABLE PHILIP S. GUTIERREZ
24                                                   United States District Judge
25
26
27
28

[PROPOSED] ORDER GRANTING     -2-
MOTION TO STAY
128756709.4