| | |
|---|---|
| 1 | James G. Snell (Bar No. 173070) |
| | JSnell@perkinscoie.com |
| 2 | PERKINS COIE LLP |
| | 3150 Porter Drive |
| 3 | Palo Alto, CA 94304-1212 |
| | Telephone: (650) 838-4300 |
| 4 | Facsimile: (650) 838-4350 |
| 5 | Donald J. Kula (Bar No. 144342) |
| | DKula@perkinscoie.com |
| 6 | PERKINS COIE LLP |
| | 1888 Century Park East, Suite 1700 |
| 7 | Los Angeles, CA 90067-1721 |
| | Telephone: (310) 788-9900 |
| 8 | Facsimile: (310) 788-3399 |
| 9 | Nicola C. Menaldo, *pro hac vice* |
| | NMenaldo@perkinscoie.com |
| 10 | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4900 |
| 11 | Seattle, WA 98101-3099 |
| | Telephone: (206) 359-8000 |
| 12 | Facsimile: (206) 359-9000 |
| 13 | Attorneys for Defendant |
| | Uber Technologies, Inc. |
| 14 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ASFIKE KOLLOUKIAN, on behalf of herself and those similarly situated, | | Case No. 2:15-cv-2856-PSG-JEM |
| | Plaintiff, | JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |
| | v. | |
| UBER TECHNOLOGIES, INC., | | |
| | Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Asfike Kolloukian and Defendant Uber Technologies, Inc. hereby agree to the dismissal with prejudice of Plaintiff's individual claims, with each party to bear its own attorneys' fees and costs.

-1-

1 | IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

2 | DATED: March 12, 2020

**PERKINS COIE LLP**

By: /s/ *James G. Snell*
James G. Snell
Donald J. Kula
Nicola C. Menaldo, *pro hac vice*

Attorneys for Defendant
Uber Technologies, Inc.

**KNAPP, PETERSEN & CLARKE**

By: /s/ *André E. Jardini*
André E. Jardini
aej@kpclegal.com
Kristen-Leigh Myles
klm@kpclegal.com
550 North Brand Boulevard, Suite 1500
Glendale, CA 91203-1922
Telephone:  (818) 547-5000
Facsimile:  (818) 547-5329

Attorneys for Plaintiff
Asfike Kolloukian

**L.R. 5-4.3.4 Attestation**

Pursuant to Local Rule 5-4.3.4, I attest on the signature page of the document that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

/s/ *James G. Snell*
James G. Snell

-3-

JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
2:15-cv-2856-PSG-JEM

147532284.1