| | |
|---|---|
| 1 | James G. Snell (Bar No. 173070) |
| | JSnell@perkinscoie.com |
| 2 | PERKINS COIE LLP |
| | 3150 Porter Drive |
| 3 | Palo Alto, CA 94304-1212 |
| | Telephone: (650) 838-4300 |
| 4 | Facsimile: (650) 838-4350 |
| 5 | Donald J. Kula (Bar No. 144342) |
| | DKula@perkinscoie.com |
| 6 | PERKINS COIE LLP |
| | 1888 Century Park East, Suite 1700 |
| 7 | Los Angeles, CA 90067-1721 |
| | Telephone: (310) 788-9900 |
| 8 | Facsimile: (310) 788-3399 |
| 9 | Nicola C. Menaldo, pro hac vice |
| | NMenaldo@perkinscoie.com |
| 10 | PERKINS COIE LLP |
| | 1201 Third Avenue, Suite 4900 |
| 11 | Seattle, WA 98101-3099 |
| | Telephone: (206) 359-8000 |
| 12 | Facsimile: (206) 359-9000 |
| 13 | Attorneys for Defendant |
| | Uber Technologies, Inc. |

E-FILED
MAR 18 2020
Document #_____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ASFIKE KOLLOUKIAN, on behalf of herself and those similarly situated, | Case No. 2:15-cv-2856-PSG-JEM |
| Plaintiff, | [PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |
| v. | |
| UBER TECHNOLOGIES, INC., | |
| Defendant. | |

Having reviewed the Parties' Joint Stipulation of Dismissal with Prejudice, and being otherwise fully advised in the premises, it is hereby ORDERED that this case is dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party is to bear its own attorneys' fees and costs.

147532302.1

DATED: 3/18/2020

_____
THE HONORABLE PHILIP S. GUTIERREZ
United States District Court Judge